DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHESTER J. BUTTONOW, III,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-0738

[January 11, 2024]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Robert Diaz, Judge; L.T. Case No. 2021CT012302A.

Russell J. Williams of Williams Hilal Wigand Grande PLLC, Fort Lauderdale, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Melynda L. Melear, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, KUNTZ and ARTAU, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***